

U.S. Department of Justice

United States Attorney
Eastern District of New York

PP
F. #2021R00894

271 Cadman Plaza East
Brooklyn, New York 11201

October 19, 2022

By ECF
The Honorable Kiyo A. Matsumoto
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

      Re:    United States v. Terrae Hinds
                 Criminal Docket No. 22-195 (KAM)

Dear Judge Matsumoto:

      The government respectfully submits this letter in response to the Court's order from earlier today regarding defendant Terrae Hinds's complaints about his food at the Metropolitan Detention Center ("MDC"). MDC Legal Department responded that "the BOP emphasizes and encourages the resolution of complaints through the Administrative Remedy process. The first step in [that] process is to attempt an Informal Resolution with the unit team. When an informal resolution is not successful, an inmate can submit a formal complaint to the Warden of the institution. A review of Hinds' administrative remedy submission history shows he has not attempted this process of informal resolution." Further, the Legal Department advised the government that it spoke to the defendant's unit team and that the defendant "has never complained to any unit team staff about not receiving his food and he has never spoken to unit team staff about bugs as well."

                                   Respectfully submitted,

                                   BREON PEACE
                                   United States Attorney

                   By:    /s/ Philip Pilmar
                          Philip Pilmar
                          Assistant U.S. Attorney
                          (718) 254-6106

cc:    Clerk of Court (KAM) (By ECF)
       Sam Gregory, Esq. (By ECF)