UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------X
UNITED STATES OF AMERICA,                :
                                         :
                                         :
          - against -                    :
                                         :
                                         :   22 CR 195 (KAM)
TERRAE HINDS                             :
                                         :
                                         :
                    Defendant.           :
------------------------------------------------------------X

# DEFENDANT TERRAE HINDS' ADJOURNMENT REQUEST

Samuel Gregory, Esq
Law Office of Samuel Gregory
16 Court Street, Suite 3500
Brooklyn, New York 11241
Tel: 718-222-2992/718-360-6243
Email: Sam@samgregory.com

*Attorney for Terrae Hinds*

*Law Office of*
**SAMUEL GREGORY**
*16 Court Street, Suite 3500*
*Brooklyn, New York, 11201*
*Telephone: 718-222-2992*
*Email:Sam@samgregory.com*
*www.samgregory.com*

Admitted in NY and NJ

---

**VIA ECF**

The Honorable Kiyo A. Matsumoto
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

        **Re**: United States v. Terrae Hinds
        Docket 22 Cr 195

Dear Judge Matsumoto,

    Please be advised probation officer Darren Galerick conducted Mr. Hind's pre-sentence interview on December 6th. During the interview a number of important background issues arose which will require significant investigation by both U.S. probation and myself. Although the sentence date is not until February 15, I am requesting a two-month adjournment, which should enable all of the parties to complete our important work. AUSA Pilmar consents to this request.

                Respectfully submitted,

By:    /s/*Samuel Gregory*//
        Law Office of Samuel Gregory
        16 Court Street, Suite 3500
        Brooklyn, New York 11241
        Tel: 718-222-2992/718-360-6243
        Email: Sam@samgregory.com

        *Attorney for Terrae Hinds*

Cc: The Hon. Kiyo A. Matsumoto (by ECF)
Clerk of Court (KAM) (by ECF)

Philip Nathan Pilmar for the Government (by ECF)
Darren Galerick U.S Probation Officer Brian J. Kelly (by ECF)

Case 1:22-cr-00195-KAM   Document 42   Filed 12/13/22   Page 3 of 3 PageID #: 90